IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RAQUEL BURROUGHS,<br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br>  Defendant. | Case No. 4:13-cv-04026-JEH |

### Order

This matter is now before the Court on the parties' Stipulation for Remand Under Sentence Four of 42 U.S.C. § 405(g) (Doc. 16). In their Stipulation, the parties jointly request that the Court reverse this case and remand for further proceedings pursuant to sentence four of 42 USC § 405(g), which authorizes the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 USC § 405(g). The parties stipulate that upon remand, the Administrative Law Judge will be directed to: 1) reevaluate the medical opinions of record, including those of the State agency psychological consultants, and give reasons for the weight assigned; 2) reassess Ms. Burroughs's residual functional capacity and subjective complaints; and 3) if warranted, obtain supplemental evidence from a vocational expert at step five.

The Court finds the request for remand appropriate and so the Stipulation for Remand Under Sentence Four of 42 U.S.C. § 405(g) (Doc. 16) is GRANTED. Accordingly, the Commissioner's decision in this matter is REVERSED and the

case is REMANDED to the Commissioner for a new hearing pursuant to the fourth sentence of [42 USC § 405(g)](). The Clerk's Office is hereby directed to enter Judgment in favor of the Plaintiff and against the Defendant. This matter is now terminated.

Entered on September 8, 2014.

                                          s/Jonathan E. Hawley
                                          U.S. MAGISTRATE JUDGE